Chanté N. HODGE; Harold H. Hodge,
Jr., Plaintiffs–Appellants,

v.

Lieutenant Randy L. STEPHENS, indi-
vidual and government capacity;
Seargent Merkelson, (MSP), individu-
al and government capacity; Seargent
Beach, individual and government ca-
pacity; Corporal Costella, individual
and government capacity; Maryland
State Police; Calvert County Sheriff
Office; Sheriff Mike Evans, individual
and government capacity; Deputy
Sheriff E. Bowen, individual and gov-
ernment capacity; Deputy Sheriff
Fox, individual and government ca-
pacity; Calvert County, local govern-
ment; State of Maryland, Defendants–
Appellees.

No. 13–1419.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 22, 2013.

Chanté N. Hodge, Harold H. Hodge, Jr., Appellants Pro Se. Nichole Cherie Gatewood, Phillip M. Pickus, Office of the Attorney General Of Maryland, Pikesville, Maryland; John Francis Breads, Jr., Matthew Douglas Peter, Hanover, Maryland, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chant´N. Hodge and Harold H. Hodge, Jr., appeal the district court's orders denying relief on their civil action and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hodge v. Stephens*, No. 8:12–cv–01988–AW (D.Md. Jan. 31 & Mar. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*